```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

**Marie Luise Miller**

    **v.**                            **Civil No. 11-cv-180-SM**

**NationStar Mortgage,
LLC, et al**

### NOTICE OF RULING

Re: Document No. 24, Notice of Disqualification

Ruling: To the extent the "notice" is meant as a motion to disqualify, it is denied as it fails to identify any facts that might give rise to a reasonable question about the undersigned's impartiality in this case by a reasonable person fully informed of the pertinent circumstances. To the extent plaintiff claims some association with previous defendants in a high profile case in this court, the implication of some appearance of bias by the undersigned based upon such an association (whatever it might be) is both unsupported and highly tenuous speculation - providing no grounds upon which a disqualifying appearance of impartiality might rest. See In re Martinez-Catala, 129 F.3d 213 (1st Cir. 1997); 28 U.S.C. Section 455(a).  None of the bases for disqualification described in 28 U.S.C. Section 455(b) apply.  And, plaintiff has not complied

with the process required in 28 U.S.C. Section 144.   Motion denied.

    So ordered.

September 4, 2012

                                                       Steven J. McAuliffe
                                                     United States District Court

cc:  Marie Luise Miller
     Kurt R. McHugh, Esq.
     George A. Karambelas, Esq.